Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon textile similar in use to thrown silk not more advanced than singles, tram, or organzine and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 21, 1963

No. 67358.—Scandia Finer Foods Co. and H. B. Thomas et al. *v.* United States, protests 59/23365, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiffs was sustained.

No. 67359.—C. S. Emery & Company *v.* United States, protests 59/34593 and 59/34594 (St. Albans).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

No. 67360.—M. H. Greenebaum, Inc. *v.* United States, protest 61/24471 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that of the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JANUARY 23, 1963

No. 67361.—Williams, Clarke Co. and Cajo Trading Co. et al. *v.* United States, protests 58/13945, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67362.**—Biddle Purchasing Co. *v.* United States, protest 59/12555 (Wilmington).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67363.**—Falcon Sales Co. *v.* United States, protest 60/22171 (Tampa).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67364.**—American Customs Brokg. Co., for acct. of Transamerican Match Corporation *v.* United States, protest 60/26750 (Honolulu).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67365.**—Mulco Products, Inc. *v.* United States, protest 61/6848 (Tampa).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67366.**—Ernest Greenwood Co. *v.* United States, protest 61/10993 (Charleston).